**Larry JUDE, Plaintiff—Appellant,**

Wolodymyr CYBRIWSKY,
Attorney—Appellant,

v.

COMMISSIONER OF SOCIAL
SECURITY, Defendant—
Appellee.

No. 03–5266.

United States Court of Appeals,
Sixth Circuit.

June 11, 2004.

Wolodymyr Cybriwsky, Law Offices of Wolodymyr Cybriwsky, Prestonsburg, KY, for Plaintiff–Appellant.

Wolodymyr Cybriwsky, Law Offices of Wolodymyr Cybriwsky, Prestonsburg, KY, pro se.

Nancy R. Bartlett, Asst. Reg. Counsel, Dennis R. Williams, Mary Ann Sloan, John C. Stoner, Richard V. Blake, Social Security Administration, Office of General Counsel, Atlanta, GA, for Defendant–Appellee.

Before MERRITT and DAUGHTREY, Circuit Judges; and HAYNES,* District Judge.

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, it is therefore **ORDERED** that said judgment be and it hereby is affirmed.